**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-6567**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PAMELA J. ANDERSON,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District Judge.  (CR-96-95)

─────────────

Submitted:  August 29, 2000          Decided:  October 19, 2000

─────────────

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Pamela J. Anderson, Appellant Pro Se.  John Phillip Ellington, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Pamela J. Anderson appeals the district court's order denying her motion to suspend imposition of sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Anderson, No. CR-96-95 (E.D. Va. Apr. 4, 2000).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

* Although the district court's judgment or order is marked as "filed" on April 3, 2000, the district court's records show that it was entered on the docket sheet on April 4, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment or order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).